IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

GLEN A. WILLIAMS, )
)
    Petitioner, )
) Civil Action No. 07-13 Erie
v. )
)
MARILYN S. BROOKS, et al., )
)
    Respondents. )

## **MEMORANDUM ORDER**

This habeas corpus action was received by the Clerk of Court on January 29, 2007, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [Doc. No. 21], filed on April 7, 2008, recommended that Respondent's Motion to Dismiss [Doc. No. 18] be granted, that Petitioner's Petition be dismissed with prejudice and that a certificate of appealability be denied. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Petitioner by certified mail and on Respondent. No objections were filed. After de novo review of the petition and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 28th day of April, 2008;

IT IS HEREBY ORDERED that Respondent's Motion to Dismiss [Doc. No. 18] is GRANTED; Petitioner's Petition for Writ of Habeas Corpus is DISMISSED with prejudice; and a certificate of appealability is DENIED.

The Report and Recommendation [Doc. No. 21] of Magistrate Judge Baxter, filed on April 7, 2008, is adopted as the opinion of the Court.

                                            s/ Sean J. McLaughlin
                                               United States District Judge

cm:    All parties of record

Susan Paradise Baxter, U.S. Magistrate Judge